UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                              Case No. 20-42413

ADRIAN LYNETTE PIPKINS,                Chapter 7

           Debtor.                           Judge Thomas J. Tucker
_____/

## ORDER DENYING DEBTOR'S MOTION FOR RECONSIDERATION

       This case is before the Court on the Debtor's motion entitled "Debtor's Motion to Set Aside Order Granting Motion for Production of Documents Pursuant to Fed. R. B. P. 2004 And To Take Deposition By Written Questions Pursuant to Bankruptcy Rules 7027 And 7031," filed on August 19, 2020 (Docket # 48, the "Motion"), which the Court construes as a motion for reconsideration of, and for relief from, the Court's July 28, 2020 Order entitled "Order Granting Motion for Production of Documents[, etc.]" (Docket # 41, the "July 28 Order"). The Court will deny the Motion, for the following reasons.

       First, the Court finds that the Motion fails to demonstrate a palpable defect by which the Court and the parties have been misled, and that a different disposition of the case must result from a correction thereof. *See* Local Rule 9024-1(a)(3).

       Second, the allegations in the Motion do not establish excusable neglect under Fed.R.Civ.P. 60(b)(1), Fed.R.Bankr.P. 9024, or any other valid ground for relief from the July 28 Order.

       Third, the Court finds that the Chapter 7 Trustee's motion and 14-day notice that led to the July 28 Order (Docket # 38) were validly served on the Debtor on July 7, 2020, by electronic service on the Debtor's attorney. The Court's records show that a notice of electronic filing of the motion and the notice was sent by e-mail to the Debtor's attorney by the Court's ECF system on July 7, 2020. (*See* attached). This was valid service on the Debtor, without the need for anything more. The fact that the Trustee's original certificate of service contained an error in the date is immaterial. And in any event, that error recently was corrected by the filing of a corrected certificate of service (Docket # 50).

       Accordingly,

       IT IS ORDERED that the Motion (Docket # 48) is denied.

**Signed on August 20, 2020**



/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**

```
MIME-Version:1.0
From:mieb_ecfadmin@mieb.uscourts.gov
To:mieb_ecfadmin@localhost.localdomain
Bcc: USTPRegion09.DE.ECF@usdoj.gov, MI15@ecfcbis.com, ms@trustesolutions.net, rschultz@sbplclaw.com, PierceHR47466@notify.bestcase.com, atto

Message-Id:<60214786@mieb.uscourts.gov>
Subject:20-42413-tjt
```

"Motion for Examination (2004)" Ch 7 Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

### Eastern District of Michigan

Notice of Electronic Filing

The following transaction was received from Sonya N. Goll entered on 7/7/2020 at 3:22 PM EDT and filed on 7/7/2020
**Case Name:**        Adrian Lynette Pipkins
**Case Number:**      20-42413-tjt
**Document Number:** 38

**Docket Text:**
Motion for 2004 Examination , Motion *to Take Deposition by Written Questions Pursuant to Bankruptcy Rules 7027 and 7031, with proposed order, notice and proof of service* Filed by Trustee Michael Stevenson (Goll, Sonya)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** T:\Michael Stevenson\1 - H - Z\Pipkins, Adrian Lynette\motion for prodcution - extend\Ex Parte Motion for production (Tucker) and to extend obj discharge deadline.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068232149 [Date=7/7/2020] [FileNumber=60214784-0
] [1371e59b518c35eb666b1cde791651447e18ee759be66a4a5cc92ea889c6abf32a3
e1ca969b7e476da0d2b14b3afb8172c494859698dde4b13199c234982a4e6]]

**20-42413-tjt Notice will be electronically mailed to:**

Sonya N. Goll on behalf of Trustee Michael Stevenson
sgoll@sbplclaw.com, rschultz@sbplclaw.com

H. Robert Pierce on behalf of Debtor Adrian Lynette Pipkins
attorneypierce@sbcglobal.net, PierceHR47466@notify.bestcase.com

Michael Stevenson
mstevenson@sbplclaw.com, MI15@ecfcbis.com;ms@trustesolutions.net;rschultz@sbplclaw.com

Michael A. Stevenson on behalf of Trustee Michael Stevenson
mstevenson@sbplclaw.com, rschultz@sbplclaw.com

**20-42413-tjt Notice will not be electronically mailed to:**

Credit Acceptance Corporation
,